AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
ABDULWAHAB HUMAYUN

Defendant

Case No. 1:20-mj-353

**UNDER SEAL**

DEC 15 2020

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Abdulwahab Humayun

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False Statements (falsifying, concealing, or covering up a material fact by means of trick, scheme, or device), in violation of 18 U.S.C. Section 1001(a)(1)

Date: _____

John F. Anderson
Digitally signed by John F. Anderson
Date: 2020.12.14 11:28:31 -05'00'

*Issuing officer's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/15/2020, and the person was arrested on *(date)* 12/15/2020
at *(city and state)* Woodbridge, VA

Date: 12/15/2020

*Arresting officer's signature*

DUSM R. Clerk(?)
*Printed name and title*

Signed for FBI