FILED
IN OPEN COURT

MAR 12 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDULWAHAB HUMAYUN,<br><br>Defendant. | Case No. 1:21-CR-25 |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT from on or about October 1, 2020, through on or about December 15, 2020, in Prince William County, Virginia, in the Eastern District of Virginia, and elsewhere, the defendant, ABDULWAHAB HUMAYUN, knowingly and willfully falsified, concealed, and covered up, by means of a trick, scheme, and device, a material fact within the jurisdiction of the executive branch of the Government of the United States, to wit, his operation and control of Twitter account @AmericanEmirate.

(In violation of Title 18, United States Code, Section 1001(a)(1).)

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Date: March 12, 2021    By: _____
Danya E. Atiyeh
Assistant United States Attorney